United States Bankruptcy Court
Eastern District of Pennsylvania

In re: **Diane M. Hartman**
Debtor

Case No. **19-16069/mdc**
Chapter **13**

IN RE: DIANE M. HARTMAN
    Debtor                                                :

Nationstar Mortgage, LLC            : CHAPTER 13 No. 19-16069/mdc

  vs.

                                                          : 11 U.S.C. Section 362 and 1301

Diane M. Hartman
    Debtor                                                :

David F. Hartman
    Co-Debtor                                         :

## RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF NATIONSTAR MORTGAGE, LLC

1. Admitted
2. Admitted.
3. Denied. The averments in this paragraph are legal conclusions to which no response is required.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied. It is specifically denied that debtor has not made the mortgage payments from June/2023 through September/2023. Debtor will provide proof that she has made all of her post-petition mortgage payments.
8. Denied. The averments in this paragraph are legal conclusions to which no response is required.
9. Denied. The averments in this paragraph are legal conclusions to which no response is required.
10. Denied. The averments in this paragraph are legal conclusions to which no response is required.
11. Denied. It is specifically denied that Movant is entitled to relief from stay for cause since Debtor has made all of her mortgage payments.
12. Denied. The averments in this paragraph are legal conclusions to which no response is required.
13. Denied. The averments in this paragraph are legal conclusions to which no response is required.

        WHEREFORE, Debtor respectfully requests that Movant's Motion for Relief from the Automatc

Stay be denied.

                                                Respectfully submitted:

Dated: September 18, 2023                /s/ Bradly E. Allen, Esquire
                                                                  Attorney for Debtor, Diane Hartman
                                                                    7711 Castor Ave.
                                                                    Philadelphia, PA 19152
                                                                    P-215-725-4242

## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Diane M. Hartman**  Case No. **19-16069/mdc**

Debtor  Chapter **13**

IN RE: DIANE M. HARTMAN
    Debtor  :

Nationstar Mortgage,LLC  : CHAPTER 13 No. 19-16069/mdc

  vs.
    : 11 U.S.C. Section 362 and 1301

Diane M. Hartman
    Debtor  :

David F. Hartman
    Co-Debtor  :

## ORDER

AND NOW, This _____ day of _____, 2023, upon Motion for Relief from Automatic Stay of Nationstar Mortgage, LLC and Debtor's Response it is hereby:

ORDERED that the Motion for Relief of Nationstar Mortgage, LLC is denied.

BY THE COURT:

_____
**HONORABLE MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**