**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Damon A. Wilkins<br><br>         Debtor(s) | CHAPTER 13<br><br>BKY. NO. 21-12336 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ Mark A. Cronin**
                                      Mark A. Cronin, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      Phone: (215)-627-1322
                                      mcronin@kmllawgroup.com