United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12336-mdc
Damon A. Wilkins Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Nov 20, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damon A. Wilkins, 7959 Bayard Street, Philadelphia, PA 19150-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 bkecf@friedmanvartolo.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
     on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 bkgroup@kmllawgroup.com

MICHAEL D. SAYLES
     on behalf of Debtor Damon A. Wilkins midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 20, 2023 | Form ID: pdf900 | Total Noticed: 1

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Damon A. Wilkins <br> _Debtor(s)_ | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 <br> _Movant_ <br> vs. | NO. 21-12336 MDC |
| Damon A. Wilkins <br> _Debtor(s)_ | 11 U.S.C. Section 362 |
| Kenneth E. West Esq. <br> _Trustee_ | |

### **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  As of October 12, 2023, the post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,461.94.** Post-petition funds received after October 12, 2023, will be applied per the terms of this stipulation as outlined here. The arrearage breaks down as follows;

    Post-Petition Payments:     June 2023 through November 2023 in the amount of $578.46/month
    Suspense Balance:                   ($8.82)
    **Total Post-Petition Arrears        $3,461.94**

2.  Debtor shall cure said arrearages in the following manner:

    a). Within fourteen (14) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$3,461.94.**

    b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$3,461,94** along with the pre-petition arrears;

    c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due December 2023 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $578.46 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   October 24, 2023

          **/s/ Mark A. Cronin, Esquire**
          Mark A. Cronin, Esquire
          Attorney for Movant


Date:_____

*Michael D. Sayles*
Michael D. Sayles Esq.
Attorney for Debtor(s)

Date: November 16, 2023

No Objection - Without Prejudice to Any Trustee Rights or Remedies
/s/ LeeAne O. Huggins
Kenneth E. West, Esq.
Chapter 13 Trustee


Approved by the Court this 20th day of November, 2023.  However, the court retains discretion regarding entry of any further order.


*Magdeline D. Coleman*
Bankruptcy Judge
Magdeline C. Coleman