UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Damon Wilkins**  :  CHAPTER: 13
:
:
DEBTOR  :  BANKRUPTCY NO.: **21-12336-MDC**

# ORDER OF COURT

**AND NOW**, this 8th day of February 2024, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation:

It is hereby **ORDERED** that the Motion is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge