United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12336-djb |
| Damon A. Wilkins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 19, 2025 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Damon A. Wilkins, 7959 Bayard Street, Philadelphia, PA 19150-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

**Name**            **Email Address**

DANIEL P. JONES
            on behalf of Creditor U.S. Bank National Association  as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
            on behalf of Creditor U.S. Bank National Association  as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 bkgroup@kmllawgroup.com

KENNETH E. WEST
            ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
            on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL D. SAYLES
            on behalf of Debtor Damon A. Wilkins midusa1@comcast.net  midusa1@outlook.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 19, 2025 | Form ID: 167 | Total Noticed: 1 |

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association  as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1
    mimcgowan@raslg.com

STEVEN K. EISENBERG
    on behalf of Creditor U.S. Bank National Association  as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1
    seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 167* (1/25)–doc 114 – 113

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Damon A. Wilkins<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21−12336−djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Response to Certification of Default

on: 4/17/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 19, 2025

For The Court

Timothy B. McGrath
Clerk of Court