UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Damon Wilkins**                :           CHAPTER  13
                                         :
                                         :
       DEBTOR                            :           Bankruptcy No.: **21-12336**

PRAECIPE OF DEBTOR TO WITHDRAW
RESPONSE TO CERTIFICATION OF DEFAULT

To the Clerk, United States Bankruptcy Court:

  Kindly withdraw **DEBTOR'S RESPONSE TO CERTIFICATION OF DEFAULT**,

for the record

                                                   Respectfully Submitted,


                                         By: **\s\ Michael D. Sayles, Esquire**
                                                   Michael D. Sayles, Esquire
                                                   Attorney for Debtor


Dated: April 16, 2025