UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    DAMON A. WILKINS<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, OF THE RICE PARK FINANCING WHOLE LOAN GRANTOR TRUST 2012-1<br>        Movant<br>v.<br>DAMON A. WILKINS<br>        Debtor(s)<br>SHARON WILKINS<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 21-12336 |

**O R D E R**

AND NOW, this ____ day of _____, 20____ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 and any successor in interest and Debtor, Damon A. Wilkins, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **7959 Bayard Street , Philadelphia, PA 19150**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(X)4 is hereby waived.

**Date: April 18, 2025**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE