United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Damon A. Wilkins  
    Debtor

Case No. 21-12336-djb  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Damon A. Wilkins, 7959 Bayard Street, Philadelphia, PA 19150-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Damon A. Wilkins midusa1@comcast.net midusa1@outlook.com |
| MICHELLE L. MCGOWAN | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 1

| | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 mimcgowan@raslg.com |
|---|---|
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>    DAMON A. WILKINS<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, OF THE RICE PARK FINANCING WHOLE LOAN GRANTOR TRUST 2012-1<br>        Movant<br>v.<br>DAMON A. WILKINS<br>        Debtor(s)<br>SHARON WILKINS<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 21-12336 |

## **O R D E R**

AND NOW, this ___ day of _____, 20___ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 and any successor in interest and Debtor, Damon A. Wilkins, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **7959 Bayard Street , Philadelphia, PA 19150**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

**Date: April 18, 2025**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE