United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12336-djb |
| Damon A. Wilkins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2025 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damon A. Wilkins, 7959 Bayard Street, Philadelphia, PA 19150-1305 |
| 14631772 | + | Blakemore Apartments 2006 LP, 112 5th Street, Suite 16, Lakewood, NJ 08701-3264 |
| 14631777 | + | Daniel J. Santucci, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14631780 | + | Ford Credit, 575 East Swedesford Road, Wayne, PA 19087-1613 |
| 14631781 | + | Geoffrey L. Haye, 101 Lindewood Drive, Suite 225, Malvern, PA 19355-1762 |
| 14631783 | | Midland Credit Management, 320 East Big Beaver Road, Suite Troy, Warren, MI 48093 |
| 14631789 | | SPH Investment Group, LLC, 17835 Market Street, Suite A196, Philadelphia, PA 19103 |
| 14631787 | | Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati, OH 45274-0039 |
| 14631788 | + | Shellpoint Mortgage Servicing, attn: Payment Processing, 55 Beattie Place, Suite 500, MS-501, Greenville, SC 29601-5116 |
| 14631790 | | Sprint, PO Box 6419, Carol Stream, IL 60197-6419 |
| 14631792 | + | Tri-County Emergency Physicians LLC, 8835 Germantown Avenue, Philadelphia, PA 19118-2718 |
| 14809967 | + | U.S. Bank National Association, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14942601 | + | U.S. Bank National Association, as Trustee,, of the Rice Park Financing Whole, Loan Grantor Trust 2012-1, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14809876 | + | U.S. National Bank N.A., c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14631771 | ^ | MEBN | Aug 22 2025 00:40:40 | Amerifinancial Solutions, PO box 65018, Baltimore, MD 21264-5018 |
| 14631795 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14662915 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14631773 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | City of Philadelphia, Law Department, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14631774 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14631775 | | Email/Text: megan.harper@phila.gov | | |

Case 21-12336-djb   Doc 125   Filed 08/23/25   Entered 08/24/25 00:43:16   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 22 2025 00:53:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14631776 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2025 00:47:46 | Credit One Bank, PO Box 80015, Los Angeles, CA 90080-0015 |
| 14631778 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2025 00:53:00 | Department of Treasury, 601 Market Street, Philadelphia, PA 19106-1729 |
| 14631784 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2025 00:53:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14642836 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2025 00:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14832269 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 22 2025 00:53:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, c/o Wendy Locke, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14809185 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 22 2025 00:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Brian K. Jordan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14631786 | ^ | MEBN | Aug 22 2025 00:41:01 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14647246 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14645474 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2025 00:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14673883 | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 00:52:00 | RAS Crane & Partners, LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14631791 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 22 2025 01:02:56 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 14684926 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 22 2025 00:52:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14674094 | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 00:52:00 | U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole, Loan Grantor Trust 2012-1, c/o CHARLES GRIFFIN WOHLRAB, 10700 Abbott's Bridge Road, Suite Ste 17, Duluth, GA 30097-8458 |
| 14809875 | ^ | MEBN | Aug 22 2025 00:40:49 | U.S. Bank National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14631793 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2025 00:52:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14631794 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14631779 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: pdf900 | Total Noticed: 37 |

|  |  | 19101-7346, address filed with court:, Department of Treasury, Internal Revenue Service, 600 Arch Street, Room 3256, Philadelphia, PA 19106-1611 |
|---|---|---|
| 14631782 | ##+ | Glenn Ross, Esquire, 566 South Bethlehem Pike, Fort Washington, PA 19034-2108 |
| 14631785 | ##+ | Patenaude & Felix, 501 Coporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Damon A. Wilkins midusa1@comcast.net midusa1@outlook.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 mimcgowan@raslg.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Damon Wilkins** | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | )Bankruptcy. No. **21-12336\DJB** | |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

      **AND NOW**, consideration of the Motion to Dismiss Case filed by Standing Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such a service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: **August 21, 2025**

                                                              Derek J. Baker
                                                              U.S. BANKRUPTCY JUDGE