IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Damon Wilkins**                    :              CHAPTER  13
                                            :
                                            :
            DEBTOR                          :              Bankruptcy No:  **23-10982\amc**

### CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the Proposed Compensation nor an Application for Administrative Expense has been filed.

Dated: **December 10, 2025**               Respectfully Submitted,

                                           **\s\ Michael D. Sayles**
                                           Michael D. Sayles
                                           Attorney for Debtor
                                           PO Box 11222
                                           Elkins Park, PA  19027
                                           215-635-2270 (phone)
                                           midusa1@comcast.net