United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-12336-djb

Damon A. Wilkins     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Dec 16, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Damon A. Wilkins, 7959 Bayard Street, Philadelphia, PA 19150-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Damon A. Wilkins midusa1@comcast.net midusa1@outlook.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 1

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association  as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1
    mimcgowan@raslg.com

STEVEN K. EISENBERG
    on behalf of Creditor U.S. Bank National Association  as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1
    seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Damon Wilkins**               )   Chapter 13
                                        )
                                        )
        Debtor                          )
                                        )   Bankruptcy No.: **21-12336/djb**

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $5,200.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$4,700.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: **December 16, 2025**

_____
Bankruptcy Court Judge